Dismissed and Memorandum Opinion filed May 20, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00114-CV

____________

 

EUNICE GRIFFITH, Appellant

 

V.

 

THE BARRISTER’S BROKER, L.L.C., Appellee

 



 

On Appeal from the
281st District Court

Harris County,
Texas

Trial Court Cause
No. 2008-75832

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 11, 2010.  On May 12, 2010, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The parties’ further request
we order the trial court to release the bond filed by Appellant.  The motion is
granted.  

Accordingly,
the appeal is ordered dismissed.  We further order the trial court to release
appellant’s bond.

PER
CURIAM

Panel consists of Justices Brown, Sullivan, and
Christopher.